UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, a non-profit corporation, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, a non-profit association, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>v.<br><br>STERICYCLE, INC., a Delaware corporation,<br><br>Defendant. | Case No.  1:20-cv-01771-NONE-BAM<br><br>**ORDER GRANTING REQUEST FOR ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. 7) |

On March 1, 2021, Plaintiffs filed the instant request to continue the Initial Scheduling Conference currently set for March 16, 2021.  (Doc. 7.)  Plaintiffs explain that Defendant waived service on February 5, 2021, and the deadline for Defendant to file a responsive pleading is March 29, 2021.  Plaintiffs further explain that the parties have conducted settlement discussions and plan to continue to engage in good faith settlement negotiations with the goal of entering into a settlement agreement prior to Defendant's responsive pleading deadline.  As a result, Plaintiffs request that the Court continue the Scheduling Conference in order to give the parties additional time to continue settlement negotiations and to avoid extra incurred litigation costs.  Plaintiffs also assert that the interests of judicial economy would be served by continuing the Scheduling

1

Conference. (*Id.*)

Having considered the request, and good cause appearing, Plaintiffs' request to continue the Scheduling Conference is GRANTED. Defendant will not be prejudiced by the brief extension of time. Accordingly, the Scheduling Conference is CONTINUED to **May 12, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At least one (1) week prior to the Scheduling Conference, the parties shall file a Joint Scheduling Report. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **March 2, 2021**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE