ANTHONY M. BARNES, SBN 199048
Email: amb@atalawgroup.com
JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Jr. way
Oakland, CA 94609
Telephone: (917) 371-8293

Attorney for Plaintiffs
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, and PROTECT OUR WATER

MICHAEL N. MILLS (SB #191762)
michael.mills@stoel.com
SARAH M. TAYLOR (SB #296520)
sarah.taylor@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Defendant
STERICYCLE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, a non-profit corporation, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, a non-profit association, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>vs.<br><br>STERICYCLE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 1:20-cv-01771-NONE-BAM<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (FOR SETTLEMENT PURPOSES); ORDER**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)**<br><br>**Magistrate Judge Barbara A. McAuliffe**<br>Courtroom 8, 6th Floor<br>Robert E. Coyle Federal Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 |

Plaintiffs SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, and PROTECT OUR WATER (collectively "Plaintiffs") and Defendant STERICYCLE, INC. ("Defendant"), by and through their counsel of record (together the "Parties"), hereby stipulate to an additional seventeen (17-day) extension of time for Defendant to respond to Plaintiffs' Complaint.

The Parties submit that the presence of good cause is as follows:

WHEREAS, on December 15, 2020, Plaintiffs filed the Complaint in the above-entitled action (Dkt. No. 1);

WHEREAS, on January 27, 2021, Plaintiffs served Defendant with the Complaint via Waiver of Service of Summons to Defendant, and on February 5, 2021 Defendant waived service (Dkt. No. 5);

WHEREAS, on March 2, 2021, the Court granted Plaintiffs' request to continue the Scheduling Conference to allow the Parties additional time to engage in settlement negotiations (Dkt. No. 8);

WHEREAS, on March 26, 2021, the Parties submitted a Stipulation to Extend Time to respond to Complaint (Dkt. No. 9), which the Court approved on March 29, 2021 (Dkt. No. 12), extending the time for Defendants to respond to the Complaint to April 13, 2021;

WHEREAS, pursuant to Local Rule 144(b), the total period of extensions already obtained by the Parties as to the particular matter for which the extension is sought is 15 days;

WHEREAS, since that time, the Parties have continued to engage in settlement negotiations and have exchanged a settlement agreement, which is in the process of being reviewed and executed by the Parties; and, therefore:

The Parties stipulate and agree that Defendant's deadline to respond to Plaintiffs' Complaint should be extended an additional 17 days from April 13, 2021 to April 30, 2021.

Dated: April 9, 2021                    AQUA TERRA AERIS LAW GROUP LLP

                                        By: /s/ Anthony M. Barnes (approved by email 4/9/21)
                                            Anthony M. Barnes
                                            Attorneys for Plaintiffs SAN JOAQUIN
                                             RAPTOR/WILDLIFE RESCUE CENTER,
                                            CENTRAL VALLEY SAFE ENVIRONMENT
                                             NETWORK, and PROTECT OUR WATER

Dated: April 9, 2021                    STOEL RIVES LLP

                                        By: /s/ Michael N. Mills
                                            Michael N. Mills
                                            Attorneys for Defendant
                                            STERICYCLE, INC.

**ORDER**

The Court, having considered the "Second Stipulation to Extend Time to Respond to Complaint (For Settlement Purposes)" filed by Defendant Stericycle, Inc. on behalf of all Parties (Doc. 13), and good cause appearing, the deadline for Defendant Stericycle, LLC to file a responsive pleading to the Complaint shall be extended from April 13, 2021, until April 30, 2021.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                      /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE