ANTHONY M. BARNES, SBN 199048
Email: amb@atalawgroup.com
JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (917) 371-8293

*Attorney for Plaintiffs*
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, and PROTECT OUR WATER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER a non-profit corporation, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, a non-profit association, and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>STERICYCLE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 1:20-cv-01771-NONE-BAM<br><br>**NOTICE OF LODGING OF [PROPOSED] SETTLEMENT AGREEMENT; REQUEST FOR ENTRY OF [PROPOSED] SETTLEMENT AGREEMENT** |

WHEREAS, on April 29, 2021, San Joaquin Raptor/Wildlife Rescue Center, Central Valley Safe Environment Network, and Protect Our Water ("Plaintiffs") and Defendant Stericycle, Inc. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiffs' complaint; and

WHEREAS, on April 27, 2021, Plaintiffs filed a Notice of Tentative Settlement and requested the Court not sign the Settlement agreement until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #15); and

WHEREAS, on April 30, 2021, Plaintiffs filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Settlement Agreement and would notify the Court of any objections to the Settlement Agreement by June 14, 2021, (ECF #17); and

WHEREAS, on June 9, 2021, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Settlement agreement into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Settlement Agreement, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Settlement Agreement if necessary.

WHEREAS, on June 16, 2021, Plaintiff submitted a [Proposed] Settlement Agreement to the Court for approval and entry.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Settlement Agreement, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Settlement Agreement as judgment.

DATED: 6/16/2021

s/Anthony M. Barnes
Anthony M. Barnes
Attorneys for Plaintiffs