ANTHONY M. BARNES, SBN 199048
Email: amb@atalawgroup.com
JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
AQUA TERRA AERIS (ATA) LAW GROUP
4030 Martin Luther King Jr. way
Oakland, CA 94609
Telephone: (917) 371-8293

Attorney for Plaintiffs
SAN JOAQUIN RAPTOR/WILDLIFE RESCUE
CENTER, CENTRAL VALLEY SAFE
ENVIRONMENT NETWORK, and
PROTECT OUR WATER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, a non-profit corporation, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, a non-profit association, and PROTECT OUR WATER, a non-profit association,<br><br>     Plaintiffs,<br><br> vs.<br><br>STERICYCLE, INC., a Delaware corporation,<br><br>     Defendant. | Case No.: 1:20-cv-01771-NONE-BAM<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT; ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE, RETAINING JURISDICTION OVER SETTLEMENT**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)**<br><br>**Magistrate Judge Barbara A. McAuliffe**<br>Courtroom 8, 6th Floor<br>Robert E. Coyle Federal Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on September 30, 2020, Plaintiffs San Joaquin Raptor/Wildlife Rescue Center ("SJR/WRC"), Central Valley Safe Environment Network ("CVSEN"), and Protect Our Water ("POW") (collectively referred to herein as "Plaintiffs") provided Stericycle, Inc. ("Defendant" or "Stericycle") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365;

WHEREAS, on December 15, 2020, Plaintiffs filed their complaint against Stericycle in this Court, which incorporated by reference all of the allegations contained Plaintiff's Notice;

WHEREAS, Plaintiffs and Stericycle (the "settling parties"), through their authorized representatives and without either adjudication of Plaintiffs' claims or admission by Stericycle, of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of Plaintiffs set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement entered into by and between Plaintiffs and Stericycle, is attached hereto as Exhibit A and fully incorporated by reference.

WHEREAS, on April 29, 2021, Plaintiffs filed a Notice of Settlement and requested the Court not enter any order regarding the Settlement Agreement until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5; and

WHEREAS, on April 30, 2021, Plaintiffs filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Settlement Agreement and would notify the Court of any objections to the Settlement Agreement by June 14, 2021; and

WHEREAS, Plaintiffs submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C.§ 135.5, and as noted directly above, that review period has completed. The federal agencies have submitted correspondence to the Court on June 14, 2021, indicating that they have no objection to the terms of

the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and greed to that the settling parties request an order from this Court (1) approving the settlement agreement; (2) dismissing with prejudice SJR/WRC's, CVSEN's, and POW's claims as to STERICYCLE, INC., as set forth in the Notice and Complaint, and (3) concurrently retaining jurisdiction over this matter or purposes of dispute resolution and enforcement of the Settlement Agreement.

Dated: June 18, 2021                    AQUA TERRA AERIS LAW GROUP LLP


By:___s/Anthony Barnes_____
     Anthony M. Barnes
     Attorneys for Plaintiffs SAN JOAQUIN
     RAPTOR/WILDLIFE RESCUE CENTER,
     CENTRAL VALLEY SAFE ENVIRONMENT
     NETWORK, and PROTECT OUR WATER


Dated: June 18, 2021                    STOEL RIVES LLP


By:___s/Michael Mills_____
     Michael N. Mills
     Attorneys for Defendant
     STERICYCLE, INC.

///// 
///// 
///// 
///// 
///// 
///// 
///// 
///// 
///// 
/////

# ORDER

Good cause appearing, and the parties having stipulated and agreed:

(1) the settlement agreement, filed June 18, 2021 at Docket No. 20-1, is approved;

(2) pursuant to Federal Rules of Civil Procedure 41(a)(2), SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK, and PROTECT OUR WATER's claims as to STERICYCLE, INC., as set forth in the Notice and Complaint, are dismissed with prejudice; and

(3) the court shall retain jurisdiction over this matter for purposes of dispute resolution and enforcement of the settlement agreement, which is fully incorporated by reference herein; and

(4) the Clerk of the Court is directed to administratively close this case with the court retaining jurisdiction as noted above.

IT IS SO ORDERED.

Dated: __June 25, 2021__

_____

UNITED STATES DISTRICT JUDGE